6/30) Montford Lubbock   USDC Venue List   R.A Mora 01798376
1205 Texas Ave Room 209 Lubbock 79401 acu   8602 Peach Ave
   Lubbock Tx 79404

To whom it may Concern:

I need help with public Counsel and official about recieving 2254 Forms. I have had my identity stolen by Texas Syndicate They killed some accually, They the person was stabbed in my home; Latter died.

I was robbed, home intrution, And Blame me there were not witness, Except me, I am in the penitentary doing a 99 year Sentence. I am Bi-Polar and Syeoe effective Mental ill. I was off my medication when this happened.

While i am here i'm trying to get this straigten out. I don't know how much help you can give me, But anything would be appreated. They first stole my house by real estate fraud, Then mail Then stole my insurance license and number, Start writting on my number.

I'm representing myself Pro Se. I have filled out a 2254 28 USC I can't get anything doe here through Law Library forms form or right adress. Everything comes in bits and pieces from the Law Library, Like this I finally rieved the USDC Venue list. Often they gave me the wrong adress The Second Court of appeals 401 West Belkap Street FW Tarrant county where I was convited out of. And Sent Me 2254 to this wrong address, Hopefully I can get it you soon, Frustrated.

I would like for your office to send to Northern 2254 USDC institution Division forms to me and any legal help you can to the forms I need to relieve District Clerk info, Your prompt responce will be appreciated.

Thank You 6/30/2023

If you could start a file on me now, I'm sure you'll hearing from me soon I'm waiting for my letter and filing fee to be returned. I'll send it in as soon as possible.

Mr Ramiro Alfred Morales
Pro Se
# 01798376

This a complaint and request to have an agent to contact me

NOTE TEXAS Syndicate Member  JD Harriman, Aaron Lee Gillespie   Brad Hawkins   Cain McKnight

MR Ramiro Alfred Mora #01798370 #1322230
c/o Montford Unit
8602 Peach Ave
Lubbock Texas 79404

RECEIVED
JUL - 6 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LEGAL

USDC Venue Clsh
Federal Court US District Clerk Office
1205 Texas Avenue Room 209
Lubbock TX 79401-4091

